UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - vs - <br><br> ADOLFO RAMON JR., *et al.*, <br><br> Defendants. | CASE NO.: 2:24-cv-00290 |

**JOINT MOTION TO ENTER AGREED FINAL JUDGMENT
IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiff, JOE HAND PROMOTIONS, INC. ("Plaintiff"), by its attorney, and Defendants, ADOLFO RAMON JR., d/b/a THE LOCATION BAR & LOUNGE, d/b/a THE LOCATION BAR & GRILL, and d/b/a THE LOCATION BAR, and VERONICA RAMON, d/b/a THE LOCATION BAR & LOUNGE, d/b/a THE LOCATION BAR & GRILL, and d/b/a THE LOCATION BAR (collectively, "Defendants") and file this their Joint Motion to Enter Agreed Final Judgment in favor of Plaintiff against Defendants, as follows:

1. Plaintiff and Defendants have entered into a settlement agreement where the parties agreed to the entry of an Agreed Final Judgment in the form attached to this Motion as Exhibit A.[1] Attached as Exhibit A and incorporated by reference is the Agreed Final Judgment agreed to and signed by Plaintiff and Defendants in this case.

---

[1] Defendants retained an attorney for the purposes of providing counsel and legal services in connection with the negotiation of settlement and preparation of settlement related documents including, but not limited to, the Settlement Agreement, the Agreed Final Judgment, and this Motion.

1

2. Plaintiff and Defendants agree to the entry of a Final Agreed Judgment in this case for the amounts in the Agreed Final Judgment attached as Exhibit A and request that this Court enter the Agreed Final Judgment attached as Exhibit A as a final judgment in this case.

3. Plaintiff and Defendants agree that this Court has jurisdiction of the subject matter and parties to this action.

4. In connection with the settlement and entry of the Agreed Final Judgment, Defendants admit, as follows:

- Defendants admit that Plaintiff held the exclusive commercial license to distribute and authorize the public exhibition of the closed-circuit broadcast of the *Jake Paul vs. Tyron Woodley II* boxing match, including all undercard bouts and commentary, telecast on December 18, 2021 (the "Program") for businesses such as the Defendants' business made the basis of this case;

- Defendants admit that they intercepted, received, and exhibited the Program in their commercial business via an interstate communication by wire or radio without authorization from Plaintiff and in violation of the Communications Act of 1934, as amended, specifically 47 U.S.C. § 605; and

- Defendants admit that their actions were willful and for purposes of direct or indirect commercial advantage or private financial gain.

5. Accordingly, Plaintiff and Defendants jointly agree to the entry of an Agreed Final Judgment in the form attached to this Motion as Exhibit A.

6. By this Motion, Plaintiff and Defendants request that the Court sign and enter the attached Agreed Final Judgment (Exhibit A), which Agreed Final Judgment (Exhibit A) has been signed by the parties in this suit.

### PRAYER

WHEREFORE, Plaintiff and Defendants pray that the Court grant this Motion and sign and enter the attached Agreed Final Judgment (Exhibit A) as a final judgment in this case.

Respectfully submitted,

JAMIE KING, P.C.

/s/ Jamie King
_____

Jamie King
Attorney-in-Charge
State Bar No. 24043755
SDTX No. 566838
P.O. Box 5757
Kingwood, Texas 77325
(832) 584-0106 Telephone
(888) 247-0443 Facsimile
jamie@jamiekingpc.com

ATTORNEY FOR PLAINTIFF,
JOE HAND PROMOTIONS, INC.

-and-

_____
ADOLFO RAMON JR.
3208 County Road 44
Robstown, Texas 78380
Aramon6@ymail.com

PRO SE DEFENDANT

-and-

_____
VERONICA RAMON
3208 County Road 44
Robstown, Texas 78380
Vgr77@yahoo.com

PRO SE DEFENDANT