United States District Court
Southern District of Texas
**ENTERED**
January 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - vs - <br><br> ADOLFO RAMON JR., *et al.*, <br><br> Defendants. | CASE NO.: 2:24-cv-00290 |

## AGREED FINAL JUDGMENT

Upon consideration of the Joint Motion to Enter Agreed Final Judgment in favor of Plaintiff, JOE HAND PROMOTONS, INC. ("Plaintiff") and Defendants, ADOLFO RAMON JR., d/b/a THE LOCATION BAR & LOUNGE, d/b/a THE LOCATION BAR & GRILL, and d/b/a THE LOCATION BAR, and VERONICA RAMON, d/b/a THE LOCATION BAR & LOUNGE, d/b/a THE LOCATION BAR & GRILL, and d/b/a THE LOCATION BAR (collectively, "Defendants") and having been informed of the following:

- Plaintiff and Defendants agree that this Court has jurisdiction of the subject matter and parties to this action;
- Defendants admit that Plaintiff held the exclusive commercial license to distribute and authorize the public exhibition of the closed-circuit broadcast of the *Jake Paul vs. Tyron Woodley II* boxing match, including all undercard bouts and commentary, telecast on December 18, 2021 (the "Program") for businesses such as Defendants' business made the basis of this case;

- Defendants admit that they intercepted, received, and exhibited the Program in their commercial business via an interstate communication by wire or radio without authorization from Plaintiff and in violation of the Communications Act of 1934, as amended, specifically 47 U.S.C. § 605;

- Defendants admit that their actions were willful and for purposes of direct or indirect commercial advantage or private financial gain; and

- Plaintiff and Defendants agree to the entry of a Final Agreed Judgment in this case for the amounts in this Agreed Final Judgment and request this Court enter an Agreed Final Judgment in favor of Plaintiff and against Defenants in the amounts given below.

NOW THEREFORE, having been informed that Plaintiff and Defendants wish to enter into an Agreed Final Judgment in this case, Plaintiff and Defendants agree to the entry of a final judgment in this case and it is so entered, as follows:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. That final judgment is hereby entered in favor of Plaintiff, JOE HAND PROMOTIONS, INC. and against Defendants, ADOLFO RAMON JR., d/b/a THE LOCATION BAR & LOUNGE, d/b/a THE LOCATION BAR & GRILL, and d/b/a THE LOCATION BAR, and VERONICA RAMON, d/b/a THE LOCATION BAR & LOUNGE, d/b/a THE LOCATION BAR & GRILL, and d/b/a THE LOCATION BAR; and

2. That Plaintiff hereby recovers statutory damages pursuant to 47 U.S.C. § 605(c)(3)(C)(i)(II) from Defendants, jointly and severally, in the amount of $10,000.00; and

3. That Plaintiff hereby recovers additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants, jointly and severally, in the amount of $50,000.00; and

4. That Defendants, jointly and severally, shall pay post-judgment interest to be calculated and compounded pursuant to 28 U.S.C. § 1961 until the judgment is paid in full.

5. This judgment is a final judgment in this case.

SO ORDERED.

SIGNED this _____1/22/26_____, 2026.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

APPROVED, AGREED TO, & ENTRY REQUESTED:

*Joseph P. Hand, III*
Joseph P. Hand, III (Jan 19, 2026 11:04:24 EST)
_____
JOE HAND PROMOTIONS, INC.
By: Joseph P. Hand, III, President

-and-

_____
ADOLFO RAMON JR.
Individually

-and-

_____
VERONICA RAMON
Individually